United States District Court
Southern District of Texas
**ENTERED**
September 25, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WERNER JOSE PINA GONZALEZ, *et al.*, | § | |
| | § | |
| Petitioners, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-01030 |
| | § | |
| WARDEN, MONTGOMERY PROCESSING CENTER, *et al.*, | § | |
| | § | |
| | § | |
| Respondents. | § | |

## ORDER OF DISMISSAL AND CASE CLOSURE

Based on the Respondents' Advisory to the Court and attached evidence indicating that the petitioner has been released on bond and that this case may be closed, it is hereby **ORDERED** that this case is **DISMISSED** and all pending motions, if any, are **DENIED as MOOT**.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED on this 25th day of September 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE